IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

12-cv-574-wmc

MICHAEL MEISNER, JANEL NICKEL,
DONALD MORGAN, JOANNE LANE,
MARY LEISER, DALIA SULIENE, KAREN
ANDERSON, THOMAS F. SCHOENEBERG,
RICHARD DONOVAN and
RAYMOND BANDEKO,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting summary judgment in favor of Michael Meisner, Janel Nickel, Donald Morgan, Joanne Lane, Mary Leiser, Dahlia Suliene, Karen Anderson, Thomas F. Schoeneberg, Richard Donovan and Raymond Bandeko and dismissing this case.

/s/

10/31/2014

Peter Oppeneer, Clerk of Court

Date