**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-2182 (12/02)

WISCONSIN
Administrative Code
Chapter DOC 310

# REQUEST FOR REVIEW OF REJECTED COMPLAINT

DOC 310.11(6), Wis. Adm. Code: "An inmate may appeal a rejected complaint within 10 calendar days only to the appropriate reviewing authority who shall only review the basis for the rejection of the complaint. The reviewing authority's decision is final."

**INSTRUCTIONS:**
1. Prepare an original and one copy of this request. Please print or type.
2. Sign and date form.
3. Keep the copy of this request for your records.
4. Send the original to the Warden specified on the DOC-402 form you received.

**This form is not to be submitted to the Corrections Complaint Examiner**

| OFFENDER NAME | DOC NUMBER | INSTITUTION (Abbreviate) | COMPLAINT FILE NUMBER |
|---|---|---|---|
| Jackie Carter | 348-415 | (CCI) | XX |

STATE BRIEFLY WHY YOU DISAGREE WITH THE REASON FOR THE REJECTION OF YOUR COMPLAINT.

P.O. Box # 900
Portage, WI 53901

Date: 11-20-14

Dear Clerk & Judge

I would like to Appeal this
(Case # 12-C-574)

Thank you

Jackie

mailed: 11-20-14
Thurs / P.M.

SIGNATURE OF OFFENDER: Jackie Carter

DATE SIGNED: 11-20-14

DOC NO REC'D
2014 NOV 24 AM 10:41
PETER OPPENEER
CLERK US DIST COURT
WD OF WI