IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

       Plaintiff,                                 OPINION AND ORDER

       v.                                     12-cv-574-wmc
                                              App. No. 14-3575

MICHAEL MEISNER, *et al.*,

       Defendants.

Judgment was entered in this case on October 31, 2014 granting summary judgment in favor of defendants and dismissing this case. Now plaintiff Jackie Carter has filed a notice of appeal. (Dkt. # 100). Plaintiff has not paid the $505 appellate docketing fee, so this court construes plaintiff's appeal to include a request for leave to proceed on appeal *in forma pauperis.* The court cannot consider this motion, however, because it lacks supporting documentation regarding his eligibility for indigent status. *See* 28 U.S.C. § 1915(a)(2). For his appeal to proceed, plaintiff must either pay the $505 appellate docketing fee within twenty days or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of his appeal.

ORDER

IT IS ORDERED that, plaintiff Jackie Carter may have until December 19, 2014 to either (1) pay the $505 appellate docketing fee; or (2) submit a certified copy of his inmate

trust fund account statement, in compliance with 28 U.S.C. § 1915(a)(2).   Failure to comply as directed may result in the dismissal of his appeal without further notice.

Entered this 1st day of December, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge